452 A.2d 1013

**COMMONWEALTH of Pennsylvania**

v.

**Michael E. KEELEY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 1982.

Decided Dec. 10, 1982.

Eric J. Cox, Plymouth Meeting (Court-appointed), for appellant.

Ronald T. Williamson, Chief, Appeals Div., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.